## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Alberto Hernandez,**<br><br>Plaintiff,<br><br>v.<br><br>**Montego Bay Resort and Conference Center,**<br><br>Defendant. | Case No. 1:19-cv-6091-RMB |

### NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Alberto Hernandez hereby gives notice of dismissal of this action WITH PREJUDICE. Each party will bear its own costs, expenses, and attorneys' fees. The Defendant has not yet filed an answer or a motion for summary judgment.

Date: March 12, 2019                          Respectfully submitted,

                                                       /s/ Stamatios Stamoulis
                                                        Counsel for Plaintiff

Stamatios Stamoulis #01790-1999
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

Avery S. Fenton (*pro hac* anticipated)
Florida Bar No. 118186
Legal Justice Advocates, LLP
6460 NW 5th Way
Fort Lauderdale, FL
Tel: (202) 803-4708
Email: af@legaljusticeadvocates.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

Please take notice that on March 12, 2019, we electronically filed with the United States District Court for the District of New Jersey, the above Notice. A copy of this document will be electronically served upon all parties having filed an appearance in this matter.

<u>/s/ Stamatios Stamoulis</u>
Counsel for Plaintiff

- 2 -